# Third District Court of Appeal
## State of Florida

Opinion filed July 15, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0374
Lower Tribunal No. F16-11797

————————————

**Nalord James Marc,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ariel Rodriguez, Judge.

Nalord James Marc, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Appellant, Defendant below, Nalord James Marc, appeals a summary denial, without prejudice, of a motion to correct illegal sentence under Rule 3.800(a), Florida Rules of Criminal Procedure. When an order denies a motion without prejudice based on a legal insufficiency, it is not a final order and is not appealable. McDuffie v. State, 29 So. 3d 542 (Fla. 2d DCA 2019); Lee v. State, 269 So. 3d 538 (Fla. 2d DCA 2019); Pillajo v. State, 60 So. 3d 565 (Fla. 2d DCA 2011); Lee v. State, 939 So. 2d 154 (Fla. 1st DCA 2006).

Dismissed.